IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

    Plaintiff,                    No. 2:11-cv-1906 JAM JFM (PC)

    vs.

ROBERT C. LONG,

    Defendant.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on July 20, 2011, and defendant answered that complaint on December 2, 2011. On May 4, 2012, plaintiff filed a first amended complaint. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. See Fed. R. Civ. P. 15(a)(2). Plaintiff's first amended complaint is not accompanied by a motion to amend or written consent of defendant Long.

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted twenty days from the date of this order in which to file a motion for leave to amend the complaint or written consent signed by defendant Long.[1] Failure to comply with this order will result in an

---

[1] If defendant Long has no opposition to the filing of the first amended complaint, he shall forthwith take all steps necessary to notify plaintiff in writing of his consent to the filing of the first

1

1  order striking the first amended complaint.  The court will, as appropriate, screen the proposed
2  first amended complaint pursuant to 28 U.S.C. § 1915A following the filing of a motion to
3  amend or written consent to amend by defendant Long.
4  DATED: May 16, 2012.

                                                              UNITED STATES MAGISTRATE JUDGE

---

26  amended complaint.