IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANUEL BURGOS,

     Plaintiff,                  No. 2:11-cv-1906 JAM JFM P

    vs.

ROBERT C. LONG, et al.,

     Defendants.         <u>ORDER</u>

                            /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On February 14, 2013, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on November 3, 2011 and December 1, 2011 and were both denied. <u>See</u> Orders filed November 23, 2011 (ECF No. 24) and March 30, 2012 (ECF No. 33). In light of those orders, IT IS HEREBY ORDERED that plaintiff's February 14, 2013 motion for appointment of counsel (ECF No. 58) is denied.

DATED: April 22, 2013.

                                            /s/ Allison Claire
                               ALLISON CLAIRE
                               UNITED STATES MAGISTRATE JUDGE

12/kly
burg1906.31thr